AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| TUUCI WORLDWIDE, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-CV-24392 DIMITROULEAS |
| WILLIAMS MANUFACTURING, INC. d/b/a LEISURE CREATIONS | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAMS MANUFACTURING, INC.
d/b/a LEISURE CREATIONS
67 Ash Avenue
Russellville, AL 35653

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Oliver Alan Ruiz
W. John Eagan
Jonathan R. Woodard
Cleo Suero
Malloy & Malloy, P.L.
2800 S.W. 3rd Avenue
Miami, FL 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 24, 2025

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts